# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| C.R.M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:20-cv-404 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER is before the Court on the motion filed by Plaintiff, C.R.M., to sue anonymously and to use her initials and the initials of her deceased minor children in all pleadings, motions, and other papers. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and Plaintiff may use her initials and the initials of her deceased minor children in all pleadings, motions, and other papers.

ENTERED this 13th day of April 2020.

Alexandria, Virginia

/s/ Ivan D. Davis            /
United States Magistrate Judge