IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| C.R.M., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-404 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Civil Rule 5(C) and the Stipulated Protective Order (Dkt. No. 27), Defendant respectfully moves the Court for leave to file under seal certain limited portions of Defendant's memorandum in support of its renewed motion to dismiss, as well as Defendant's Exhibit ("DEX") 2, 3, 7, 8, 9, 11, 12, and 14 to Defendant's renewed motion to dismiss (Dkt. Nos. 55). DEX 2, 3, 7, 8, and 9 are exhibits designated by Plaintiff as confidential and subject to the protective order.  DEX 11, 12, and 14 and portions of Plaintiff's medical records that Defendant designated as confidential and subject to the protective order out of an abundance of caution and as a courtesy to Plaintiff, as they relate exclusively to Plaintiff's medical history. Accordingly, pursuant to the Stipulated Protective Order, the memorandum supporting sealing and proposed order concerning these exhibits must be filed by Plaintiff.   Unless Plaintiff supports sealing of these materials, Defendant does not oppose filing the documents on the public record.

Dated: December 14, 2020          Respectfully submitted,

                                                       G. ZACHARY TERWILLIGER
                                                       UNITED STATES ATTORNEY

*By*:             /s/             
        KIMERE J. KIMBALL
        CATHERINE M. YANG
        Assistant United States Attorneys
        Office of the United States Attorney
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel:    (703) 299-3763/3799
        Fax:    (703) 299-3983
        Email: Kimere.kimball@usdoj.gov
                  catherine.yang@usdoj.gov
        *Counsel for Defendant United States*