IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| C.R.M., | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-00404 (AJT/IDD) |
| UNITED STATES OF AMERICA, | ) |
|       Defendant. | ) |

## **ORDER**

Upon consideration of the Parties' Joint Motion for a Stay [Doc. No. 70], and the parties' representation that the parties have reached a settlement in principle, it is hereby

ORDERED that the Joint Motion for a Stay be, and the same hereby is, **GRANTED** and all outstanding deadlines, including those set forth in the Order dated November 19, 2020 [Doc. No. 47], are vacated, pending further order of the Court; provided, however, that the bench trial presently scheduled for February 2, 2021 shall take place on that date if the parties have not reached a definitive settlement agreement by that date; and it is further

ORDERED that the parties advise the Court concerning the status of their settlement no later than January 27, 2021; and

ORDERED that the hearing on Defendant's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 53], presently scheduled for Wednesday, January 13, 2021 be, and the same hereby is, **CANCELLED.**

The Clerk is directed to forward copies of this Order to all counsel of record and to place the matter on the inactive docket.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 12, 2021